# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIONAL LOPEZ-GONZALEZ,<br><br>Defendant. | Case No.: 18-MJ-20271-JMA-AJB<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 6, 2020

_____
Hon. Anthony J. Battaglia
United States District Judge